Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**UNDER SEAL**

### CASE SUMMARY

Case Number  **DCR18-00250 SSD**  Defendant Number  1

U.S.A. v.  AURELIO PATINO

Year of Birth  1983

[✓] Indictment    [ ] Information

Investigative agency (FBI, DEA, etc.)  FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense

[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense  On or about October 1, 2013

c. County in which first offense occurred

San Bernardino

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[ ] Los Angeles       [ ] Ventura

[ ] Orange           [ ] Santa Barbara

[ ] Riverside        [ ] San Luis Obispo

[✓] San Bernardino    [ ] Other

Citation of Offense  18 U.S.C. § 1111; 18 U.S.C. § 1117;

18 U.S.C. § 2 (a)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[✓] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No    [ ] Yes

If "Yes," Case Number:

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

  a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

  b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: N/A

Case Number:

Assigned Judge:

Charging:

The complaint/CVB citation:

  [ ] is still pending

  [ ] was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?  [✓] No    [ ] Yes

IF YES, provide Name:

   Phone Number:

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*    [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*    [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes    [ ] No

This is the  N/A  superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

Case Number

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on

Are there 8 or more defendants in the superseding case?

[ ] Yes*    [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*    [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes    [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

FILED
2018 AUG 29 PM 4: 26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?   ☑ YES   ☐ NO

IF YES, list language and/or dialect:

Spanish

**OTHER**

☑ Male   ☐ Female

☐ U.S. Citizen   ☑ Alien

Alias Name(s)   Augie

This defendant is charged in:
  ☑ All counts
  ☐ Only counts:

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☐ mail/wire fraud
☐ narcotics offenses   ☐ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☑ Other   Murder

**CUSTODY STATUS**

Defendant is **not in custody**:
  a. Date and time of arrest on complaint: _____
  b. Posted bond at complaint level on: _____
     in the amount of $ _____
  c. PSA supervision?   ☐ Yes   ☐ No
  d. Is on bail or release from another district: _____

Defendant is **in custody**:
  a. Place of incarceration:   ☑ State   ☐ Federal
  b. Name of Institution:   Calif. Dept. of Corrections (#BB0172)
  c. If Federal, U.S. Marshals Service Registration Number: _____
  d. ☐ Solely on this charge. Date and time of arrest: _____
  e. On another conviction:   ☑ Yes   ☐ No
     IF YES :   ☑ State   ☐ Federal   ☐ Writ of Issue
  f. Awaiting trial on other charges:   ☐ Yes   ☑ No
     IF YES :   ☐ State   ☐ Federal   AND
     Name of Court: _____
     Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   20 _____   21 _____   40 _____

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:

Date   08/29/2018

_Gregory S. Scally_ (signature)
Signature of Assistant U.S. Attorney
Gregory S. Scally
Print Name