FILED

2018 NOV -2 AM 11: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Aurelio Patino | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>EDCR18-00250 SJO<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 11/2/18, 8:40    ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:    ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):    ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   18 U.S.C. 1111, 1117

5. Offense charged is a:    ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

6. Interpreter Required:    ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1983

8. Defendant has retained counsel:    ☐ No
   ☒ Yes    Name: PEDRO V. CASTILLO / CALLIE STEELE    Phone Number: 213-894-2980 / 213-894-6075

9. Name of Pretrial Services Officer notified: DEVIN THOMPKINS

10. Remarks (if any): _____

11. Name: LUIS ALTAMIRANO    (please print)

12. Office Phone Number: 714-586-7314    13. Agency: FBI

14. Signature: [signature]    15. Date: 11/2/18

CR-64 (2/14)    REPORT COMMENCING CRIMINAL ACTION