**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Aurelio Patino<br>Defendant. | Western Division<br>Case Number: 5:18-CR-00250-CJC-1    Indictment / Custody<br>Initial App. Date: 11/02/2018<br>Initial App. Time: 2:00 PM<br><br>Date Filed: 08/29/2018<br>Violation: 18:111, 18:1117<br>CourtSmart/ Reporter: CS 11/2/2018 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Rozella A. Oliver | CALENDAR/PROCEEDINGS SHEET<br>LOCAL/OUT-OF-DISTRICT CASE<br>N/A |
|---|---|

**PRESENT:** Luengo, Donnamarie        GREG SCALLY        ~~Spanish~~
_Deputy Clerk_    _Assistant U.S. Attorney_    _Interpreter/Language_

- ☐ INITIAL APPEARANCE NOT HELD - CONTINUED
- ☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
- ☒ Defendant states true name ☒ is as charged ☐ is ____
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☒ Defendant advised of consequences of false statement in financial affidavit.  ☐ Financial Affidavit ordered **SEALED**.
- ☒ Attorney: Pedro Castillo/ Callie G Steele, DFPD ☒ Appointed ☒ Prev. Appointed ☐ Poss. Contribution (see separate order)
- ~~Special appearance by:~~ DEAN STEWART
- ☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☒ Defendant is ordered: ☒ Permanently Detained ☐ Temporarily Detained (see separate order).
- ☐ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
- ☐ Preliminary Hearing waived.
- ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge ____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge ____ for the setting of further proceedings.
- ☐ Preliminary Hearing set for ____ at 4:30 PM ____
- ☐ PIA set for: ____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
- ☐ Government's motion to dismiss case/defendant ____ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☐ Defendant executed Waiver of Rights. ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to ____ District of ____
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before ____
  - ☐ Warrant of removal and final commitment to issue. Date issued: ____ By CRD: ____
  - ☐ Warrant of removal and final commitment are ordered stayed until ____
- ☐ Case continued to (Date) ____ (Time) ____ AM / PM
  - Type of Hearing: ____ Before Judge ____ /Duty Magistrate Judge.
  - Proceedings will be held in the ☐ Duty Courtroom ____ ☐ Judge's Courtroom ____
- ☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ RELEASE ORDER NO: ____
- ☒ Other: _PIA HELD. SEE SEPARATE MINUTES._

☒ PSA ☐ USPO        ☒ FINANCIAL        ☐ READY
D                                                     Deputy Clerk Initials ____ : .08

MRV