1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          No. ED CR-18-00250-CJC

11          Plaintiff,                 ORDER (1) REGARDING SEVERANCE; (2)
                                       CONTINUING TRIAL DATE AND FINDINGS
12          v.                         REGARDING EXCLUDABLE TIME PERIODS
                                       PURSUANT TO SPEEDY TRIAL ACT FOR
13  AURELIO PATINO,                    DEFENDANTS PATINO, RUIZ, AND
       aka "Augie,"                    VILLEGAS; AND (3) ADVANCING TRIAL
14  ADILSON REYES,                     DATE FOR DEFENDANT REYES
       aka "Shanky,"
15  CHRISTOPHER RUIZ,
       aka "Sneaky," and
16  JOSE VILLEGAS,
       aka "Torch,"
17
            Defendants.
18

19      The Court has read and considered the Stipulation Regarding (1)

20  Severance; (2) Request for Continuance of Trial Date and Findings of

21  Excludable Time Periods Pursuant to Speedy Trial Act for Defendants

22  Patino, Ruiz, and Villegas; and (3) Request for Advancement of Trial

23  Date for Defendant Reyes ("the Stipulation"), filed by the parties in

24  this matter on February 18, 2020.

25      For the reasons stated in the Stipulation, it is ordered that

26  the trial of defendant ADILSON REYES is hereby severed from that of

27  the remaining defendants in this case.  The trial date for defendant

28  REYES is advanced to August 4, 2020, at 8:30 a.m., and the pretrial

conference for defendant REYES is advanced to July 20, 2020, at 9:00 a.m.

The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates: facts that support a continuance of the trial date for defendants AURELIO PATINO, CHRISTOPHER RUIZ, and JOSE VILLEGAS in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter, for defendants PATINO, RUIZ, and VILLEGAS, is continued from September 1, 2020, to January 26, 2021, at 8:30 a.m. The pretrial conference for defendants PATINO, RUIZ, and VILLEGAS is continued to January 11, 2021, at 9:00 a.m.

2. For defendants PATINO, RUIZ, and VILLEGAS, the time period of September 1, 2020, to January 26, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time

periods are excluded from the period within which trial must

commence.  Moreover, the same provisions and/or other provisions of

the Speedy Trial Act may in the future authorize the exclusion of

additional time periods from the period within which trial must

commence.

     IT IS SO ORDERED.

February 20, 2020

_____          _____
DATE                                 HONORABLE CORMAC J. CARNEY
                                     UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
GREGORY S. SCALLY
Assistant United States Attorney

3