# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | EDCR 18-00250-CJC-1-3-4 |
| Date | January 17, 2023 |
| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
| Interpreter | N/A |

| Rolls Royce Paschal | Marea Woolrich & Debbie Hino-Spaan | Gregory Scally; Gregory Staples; Faraz Mohammadi |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Aurelio Patino, | X | X | | 1) Reid Rowe (DFPD), Samuel Cross (DFPD), | X | X | |
| 3) Christopher Ruiz, | X | X | | 3) Richard Novak (CJA), Melissa Weinberger (CJA), | X | X | |
| 4) Jose Villegas | X | X | | 4) Humberto Diaz (CJA) | X | X | |

___ Day COURT TRIAL            5th Day JURY TRIAL            ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

X Witnesses called, sworn and testified.

X Exhibits identified          X Exhibits admitted

___ Government rests.   X Defendant(s) 1) Aurelio Patino; 3) Christopher Ruiz & 4) Jose Villegas rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made   X Court instructs jury   ___ Bailiff sworn

X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused   ___ Jury retires to deliberate   ___ Jury resumes deliberations

___ Finding by Court as follows:          ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) ___          Not Guilty on count(s) ___

___ Jury polled          ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   X Filed Jury Instructions   ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.

Dft # ___ remanded to custody.   Remand/Release# ___ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # ___

X Case continued to **Wednesday, January 18, 2023, at 8:30 a.m.** for further trial/further jury deliberation.

X Other: The Court and counsel discuss jury instructions and verdict form as stated on the record.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | 3 | : | 35 |
|---|---|---|---|
| Initials of Deputy Clerk | rrp | | |