UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JAN 18 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Date: 1/18/2023

Time: 5:30 pm

Case No.: EDCR 18-00250-CJC-1-3-4

Case Title: U.S.A. v. 1) Aurelio Patino, 3) Christopher Ruiz, 4) Jose Villegas

JURY NOTE NUMBER 2

__X__ THE JURY HAS REACHED A UNANIMOUS VERDICT

_____ THE JURY REQUESTS THE FOLLOWING:

DATE: 1/18/2023        SIGNED: ███████████
                               FOREPERSON OF THE JURY