# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | EDCR 18-00250-CJC-1-3-4 | Date | January 18, 2023 |
| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE | | |
| Interpreter | N/A | | |

| Rolls Royce Paschal | Debbie Hino-Spaan & Marea Woolrich | Gregory Scally; Gregory Staples; Faraz Mohammadi |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Aurelio Patino, | X | X | | 1) Reid Rowe (DFPD), Samuel Cross (DFPD), | X | X | |
| 3) Christopher Ruiz, | X | X | | 3) Richard Novak (CJA), Melissa Weinberger (CJA), | X | X | |
| 4) Jose Villegas | X | X | | 4) Humberto Diaz (CJA) | X | X | |

____ Day COURT TRIAL    6th Day JURY TRIAL    ____ Death Penalty Phase

____ One day trial;  ____ Begun (1st day);  ____ Held & continued;  X Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

____ Witnesses called, sworn and testified.

____ Exhibits identified    ____ Exhibits admitted

____ Government rests.  ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) ____ is ____ granted ____ denied ____ submitted

X Closing arguments made    ____ Court instructs jury    X Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

X Alternates excused    X Jury retires to deliberate    ____ Jury resumes deliberations

____ Finding by Court as follows:    X Jury Verdict as follows:

Dfts #1, 3 & 4    X Guilty on count(s) 1 (Second Degree)    X Not Guilty on count(s) 1 (First Degree)

____ Jury polled    X Polling waived

X Filed Witness & Exhibit lists    X Filed Jury notes    ____ Filed Jury Instructions    X Filed Jury Verdict

X Dft # ____ Referred to Probation Office for Investigation & Report and continued to    June 12, 2023 for sentencing.
Def #1, Patino at 9:00 a.m.
Def #3, Ruiz at 10:00 a.m.
Def #4, Villegas at 11:00 a.m.

____ Dft # ____ remanded to custody.    ____ Remand/Release# ____ issd.    Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | Case continued to | | for further trial/further jury deliberation. |
|---|---|---|---|
| | Other: | | |

                                                      3   :   19

Initials of Deputy Clerk    rrp